United States District Court
For the Northern District of California

1

2

3

4                                          ***E-FILED - 2/12/09***

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EMILIANO ZAPATA LOYOLA,                    No. C 08-4784 RMW (PR)

12              Petitioner,                     ORDER DENYING MOTION FOR
                                                APPOINTMENT OF COUNSEL
13      v.

14   SANTA CLARA COUNTY SUPERIOR
     COURT,
15
               Respondent.                     (Docket No. 7)
16   _____/

17

18        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has requested appointment of counsel in this

20   action.

21        Petitioner requests appointment of counsel because he feels there are exceptional

22   circumstances warranting the appointment of counsel.  However, the Sixth Amendment's

23   right to counsel does not apply in habeas corpus actions.  Knaubert v. Goldsmith, 791 F.2d

24   722, 728 (9th Cir. 1986).  While 18 U.S. C. § 3006A(a)(2)(B) authorizes a district court to

25   appoint counsel to represent a habeas petitioner if "the court determines that the interests of

26   justice so require," the courts have made appointment of counsel the exception rather than

27   the rule.  Appointment is mandatory only when the circumstances of a particular case

28

1  indicate that appointed counsel is necessary to prevent due process violations.  See Chaney v.

2  Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).

3          Petitioner has thus far been able to adequately present his claims for relief.

4  Respondent has been ordered to produce the state record, which may include petitioner's

5  state appellate briefs prepared by counsel.  No evidentiary hearing appears necessary in this

6  case, nor are any other extraordinary circumstances apparent.  Accordingly, the court

7  concludes that appointment of counsel is not necessary at this time.  Petitioner's motion for

8  appointment of counsel (docket no. 7) is DENIED without prejudice.

9          IT IS SO ORDERED.

10  Dated:  ___2/10/09_____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Denying Motion for Appointment of Counsel
P:\PRO-SE\SJ.Rmw\HC.08\Loyola784DenyAtty.wpd               2