*E-FILED - 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO ZAPATA LOYOLA, | No. C 08-04784 RMW (PR) |
|     Petitioner, | AMENDED ORDER GRANTING SUA SPONTE EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
|   v. | |
| SANTA CLARA COUNTY SUPERIOR COURT, | |
|     Respondent.                      / | |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The court directed respondent to file an answer to the petition and granted petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, respondent has filed a motion to dismiss. Petitioner has not filed an opposition to the motion to dismiss.

    Accordingly, the court on its own motion GRANTS petitioner **forty-five (45) days** from the date of this order in which to file his opposition to respondent's motion to dismiss. Respondent shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed.

Amended Order Granting Sua Sponte Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.08\Loyola784.AmendedSuaSponteEOT.wpd

1  IT IS SO ORDERED.

2  Dated: 6/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

28  Amended Order Granting Sua Sponte Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.08\Loyola784.AmendedSuaSponteEOT.wpd