1

2

3

4

5                                                   *E-FILED - 3/24/10*

6

7

8

9                        IN THE UNITED STATES DISTRICT COURT

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

EMILIANO ZAPATA LOYOLA,                  )        No. C 08-4784 RMW (PR)
12                                        )
                     Petitioner,          )        JUDGMENT
13                                        )
     vs.                                  )
14                                        )
                                          )
15   SANTA CLARA COUNTY SUPERIOR          )
     COURT,                               )
16                                        )
                     Respondent.          )
17   _____)

18

19          The court has granted respondent's motion to dismiss this petition. Therefore, judgment

20   is entered in favor of respondent.  Petitioner shall take nothing by way of his petition.  The clerk

     shall close the file.
21
            IT IS SO ORDERED.
22
     DATED: ___3/23/10___
23                                               _____
                                                 RONALD M. WHYTE
24                                               United States District Judge

25

26

27

28

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Loyola784jud.wpd